IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NACE EUGENE HOUCHIN, JR.,
#1554147,

    Petitioner,

    v.

CHADWICK DOTSON, *Director of the Virginia Department of Corrections*,

    Respondent.

Case No. 2:25-cv-422

### ORDER

Petitioner Nace Eugene Houchin, Jr. seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254, to challenge actions taken by state and city courts and the Virginia Department of Corrections. ECF No. 1. The respondent moved to dismiss the petition, and the petitioner filed a response. ECF Nos. 18 (motion), 21 (memorandum), 23 (opposition). Before the Court is an unopposed report and recommendation, in which the Honorable Douglas E. Miller, United States Magistrate Judge, concluded that the motion to dismiss be granted and the petition be denied and dismissed with prejudice. ECF No. 24.

Judge Miller advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 24 at 8–9 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v.*

*Schronce*, 727 F. 2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the report and recommendation.[1]

In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Miller's findings and recommendations and found no clear error. Accordingly, the report and recommendation (ECF No. 24) is **ADOPTED.**

The respondent's motion to dismiss (ECF No. 18) is **GRANTED**.

The petition for a writ of habeas corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.[2]

---

[1] During the period of time to file an objection, the petitioner filed a submission attaching a portion of a Department of Veteran's Affairs disability file. ECF No. 25. However, the petitioner merely states: "Here is a list of diagnosis of disability (IES)" and "[t]his record shows Mr. Nace Houchin is too disabled to work, making Mr. Houchin unable to pay Courts due to disability (IES)." *Id.* at 1. The petitioner requested for the filing to be filed on the docket of at least six cases he has brought. *Id.* The Court therefore concludes that this filing is not an objection to the report and recommendation.

[2] The petitioner also filed a motion to recuse (ECF No. 8) and a motion to dismiss Tanner Russo (ECF No. 9), counsel for the respondent. The Court finds there is no basis to recuse or dismiss Attorney Russo from this matter, so these motions are **DENIED.** In light of the Court's ruling on the report and recommendation, the motion for leave to proceed on the papers (ECF No. 10), motion for a speedy trial (ECF No. 13), and motion requesting acknowledgement of violation of rights (ECF No. 14) are **DENIED AS MOOT.**

The Clerk's Office is **DIRECTED** to please provide a copy of this Order to the petitioner.

**IT IS SO ORDERED.**

/s/

Jamar K. Walker
United States District Judge

Norfolk, Virginia
March 10, 2026

3